UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6153-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

ALEJANDRO BERNAL-MADRIGAL
#62493-004,

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge William C. Turnoff's Report and Recommendation (D.E. #1871) on Defendant's Motion to Compel the United States to Cure its Breach of the Plea Agreement [1835]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Turnoff's Report and Recommendation issued July 3, 2008 is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this 215th day of July, 2008

                                     K. MICHAEL MOORE
                                     UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record